Clifford Janssen, Appellant, v. Clarence Freese, Appellee.

Gen. No. 10,449.

Caplow & Kelley and Frank P. North, for appellant; C. A. Caplow, of counsel; Maynard & Maynard, for appellee; James F.

515

Maynard, of counsel. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full. Opinion filed February 27, 1951; released for publication March 16, 1951.

